## IN THE UNITED STATES DISTRICT COURT
## FOR THE
## NORTHERN DISTRICT OF ILLINOIS

Michael Chapman,

Plaintiff(s),

v.

Gary McGrath, et al. ,

Defendant(s).

Case No. 17 C 6741
Judge Matthew F. Kennelly

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐ in favor of plaintiff(s)
and against defendant(s)
in the amount of $           ,

which ☐ includes       pre–judgment interest.
☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

☐ in favor of defendant(s)
and against plaintiff(s)

.

Defendant(s) shall recover costs from plaintiff(s).

☒ other: in favor of the plaintiff, Michael Chatman, and against defendants, Suburban Press, Inc. and Gary McGrath, jointly and severally, in the total amount of $6,473.12 (which includes attorney's fees and expenses of $3,772.50).

This action was *(check one)*:

☐ tried by a jury with Judge       presiding, and the jury has rendered a verdict.
☐ tried by Judge       without a jury and the above decision was reached.
☒ decided by Judge Matthew F. Kennelly on a motion

Date: 1/17/2018                                   Thomas G. Bruton, Clerk of Court

                                                  Pamela J. Geringer, Deputy Clerk